# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 10/15/2025 |
| Case: 1:25−bk−02711−HWV | Form ID: ordsmiss | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Joshua I Goldman | josh.goldman@padgettlawgroup.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | David Brian Talucci | PO Box 58 | Three Springs, PA 17264 | |
| 5746705 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 5746015 | MCLP Asset Company, Inc. | c/o Joshua I. Goldman | Padgett Law Group | 6267 Old Water Oak Road, Suite 203    Tallahassee, FL 32312 |

TOTAL: 3